# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Edward W. Downey**

    vs.                  **CASE NUMBER: 7:08-CV-1087 (LEK/GJD)**

**Commissioner of Social Security**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon review of this action it has been determined that this case was filed in error and is duplicative of 7:08-CV-1086, therefore the Complaint in this action 7:08cv1087 is hereby closed.

All of the above pursuant to the order of the Honorable Judge Gustave J. DiBianco, dated the 16th day of March, 2009.

DATED: March 17, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk